# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00460-CV

### In the Matter of J. M.

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. J-25,775, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

J. M. has filed a Motion to Dismiss Appeal stating that he no longer wishes to appeal in this matter. We grant the motion and dismiss this appeal.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: April 4, 2008